**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WORCESTER DIVISION**

**CASE NO.:**

PANORAMIC STOCK IMAGES, LTD.,
DBA PANORAMIC IMAGES,

              Plaintiff,

v.

ASSOCIATION OF GOVERNMENT
ACCOUNTANTS-BOSTON, INC. AND
ASSOCIATION OF GOVERNMENT
ACCOUNTANTS,

              Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

      Plaintiff PANORAMIC STOCK IMAGES, LTD., DBA PANORAMIC IMAGES by and

through its undersigned counsel, brings this Complaint against Defendants ASSOCIATION OF

GOVERNMENT ACCOUNTANTS-BOSTON, INC. AND ASSOCIATION OF

GOVERNMENT ACCOUNTANTS for damages and injunctive relief, and in support thereof

states as follows:

**SUMMARY OF THE ACTION**

      1.     Plaintiff PANORAMIC STOCK IMAGES, LTD., DBA PANORAMIC IMAGES

("PSI") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §

106, to copy and distribute PSI's original copyrighted Work of authorship.

      2.     PSI has specialized in wide and large-format panoramic photography for over 25

years. Their global roster of acclaimed photographers captures the world in awe-inspiring size to

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

create a collection of international images: city skylines, landscapes, travel, lifestyles, cultural

heritage, world destinations and aerials.

3.      Defendant ASSOCIATION OF GOVERNMENT ACCOUNTANTS ("AGA-

HQ") is Virginia corporation. AGA-HQ is an association of and for professionals that seek to

support government at all levels and work in areas of financial management, accounting,

auditing, IT, budgeting, policy, grants management, performance management and other

business operations areas to help government work more efficiently and effectively.    At all

times relevant herein, AGA-HQ owned and operated the internet website located at the URL

https://www.agacgfm.org/ (the "Website").

4.      Defendant ASSOCIATION OF GOVERNMENT ACCOUNTANTS-BOSTON,

INC. ("AGA-Boston") is the Boston chapter of AGA-HQ.  At all times relevant herein, AGA-

Boston operated a sub-domain of the Website located at the URL:

https://www.agacgfm.org/Chapters/Boston-Chapter/Home.aspx (the "Boston Website").

5.      Defendants AGA-Boston and AGA-HQ are collectively referred to herein as

"AGA."

6.      PSI alleges that Defendants copied PSI's copyrighted Work from the internet in

order to advertise, market and promote its business activities.  Defendants committed the

violations alleged in connection with Defendants' business for purposes of advertising and

promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C.

§§ 1331, 1338(a).

9.      Defendant AGA-Boston is subject to personal jurisdiction in Massachusetts.

10.     Defendant AGA-HW is subject to personal jurisdiction in Massachusetts under Massachusetts's Long Arm Statute, Mass. Gen. Laws Chapter 223A, § 3.   The conduct of AGA that gives rise to this action occurred in Massachusetts and the accused infringement was accessible and targeted at resident of Massachusetts.

11.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12.     Association of Government Accountants-Boston, INC. is a Massachusetts Corporation, with its principal place of business at 10 Tristan Court, Worcester, MA 01602, and can be served by serving its Registered Agent, Jane T. Gustonski, at the same address.

13.     Association of Government Accountants is a Virginia Not-for-Profit corporation, with its principal place of business at 2208 Mount Vernon Ave., Alexandria, VA 22301-1314, and can be served by serving its Registered Agent, Relmond P. Van Daniker, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

14.     In 1999, PSI created the photograph entitled 38723, which is shown below and referred to herein as the "Work".



15.     PSI registered the Work with the Register of Copyrights on March 1, 2000 and was assigned the registration number VA 1-002-221.  The Certificate of Registration is attached hereto as Exhibit 1.

16.     PSI's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17.     At all relevant times PSI was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANTS

18.     Defendants have never been licensed to use the Work at issue in this action for any purpose.

19.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20.     On or about April 15, 2020, PSI discovered the unauthorized use of its Work on the Website. The Work was used at the top of AGA-Boston's sub-domain on the Website, reflecting their identity, their mission, and upcoming events.

21.     Defendants copied PSI's copyrighted Work without PSI's permission.

22.     After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their promotional activities.

23.     Defendants copied and distributed PSI's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24.     PSI's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25.     Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

26.     PSI never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27.     PSI notified Defendants of the allegations set forth herein on May 21, 2020, and June 9, 2020.  To date, the parties have failed to resolve this matter.  Copies of the Notices to Defendants are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

28.     PSI incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

29.     PSI owns a valid copyright in the Work at issue in this case.

30.     PSI registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31.     AGA copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without PSI's authorization in violation of 17 U.S.C. § 501.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

32.     AGA performed the acts alleged in the course and scope of its business activities.

33.     AGA's acts were willful.

34.     PSI has been damaged.

35.     The harm caused to PSI has been irreparable.

COUNT II
**VICARIOUS COPYRIGHT INFRINGEMENT BY AGA-HQ**

36.     PSI incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

37.     PSI owns a valid copyright in the Work at issue in this case.

38.     PSI registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39.     AGA-Boston copied, displayed and distributed the Work at issue in this case and made derivative of the Work without PSI's authorization in violation of 17 U.S.C. § 501.

40.     AGA-HQ had the right and ability to supervise the infringing activities of AGA-Boston alleged herein.

41.     AGA-HQ owned the Website had the right and ability to supervise the activities of AGA-Boston on the AGA-Boston sub-domain of the Website.

42.     AGA-HQ had a direct financial interest in the infringing activities alleged herein. The Website and AGA-Boston sub-domain of the Website are designed, at least in part, to attract new members and generate revenue for AGA.

43.     As a result of AGA-HQ's vicarious infringement as alleged above, AGA-HQ obtained direct and indirect profits it would otherwise not have realized but for its infringement of the Work.

44.     PSI has been damaged.

45.     The harm caused to PSI has been irreparable.

WHEREFORE, the Plaintiff Panoramic Stock Images, Ltd., dba Panoramic Images prays for judgment against the Defendants Association of Government Accountants-Boston, INC. and Association of Government Accountants that:

a.     Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Plaintiff be awarded pre and post-judgment interest; and

e.     Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

DATED: March 24, 2021                    Respectfully submitted,


                                         */s/ Tammy Fern Bouchard Baker*
                                         TAMMY FERN BOUCHARD BAKER
                                         tammy@bouchardbaker.com

                                         **BOUCHARD BAKER, P.C.**
                                         120 North Main Street
                                         Suite 204
                                         Attleboro, MA  02703
                                         617.999.5529 – Telephone
                                         401.427.2311 – Facsimile

                                         *Counsel for Plaintiff Panoramic Stock Images, Ltd.,*
                                         *Dba Panoramic Images*